IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CV-700-FB |
| CHIMENE VAN GUNDY, OUTSTANDING REAL ESTATE SOLUTIONS, INC., MICHAEL TROFIMOFF, SANTOS KIDD, MARIA TOSTA, | § § § § § | |
| *Defendants*. | § § | |

## ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is the status of the above styled and numbered cause. Plaintiff Securities and Exchange Commission initiated this securities fraud case against Defendants Chimene Van Gundy, Outstanding Real Estate Solutions, Inc., Michael Trofimoff, Santo Kidd and Maria Tosta with the filing of an original complaint (docket no. 1) on May 31, 2023. Final judgments of default against Defendants Chimene Van Gundy and Michael Trofimoff were signed by the Court on May 22, 2024. An Agreed Bifurcated Judgment Against Defendant Outstanding Real Estate Solutions, Inc. (docket no. 20) was entered on February 26, 2024, and a Final Judgment as to Defendant Maria Tosta (docket no. 6) was entered on June 1, 2023. Plaintiff has advised the Court that it is continuing to effect service in the Philippines on the remaining Defendant, Santos Kidd, through the Hague Convention. (Docket no. 22).

Because this case cannot move forward until Defendant Kidd has been served, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.,* 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or

stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

IT IS THEREFORE ORDERED that the Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 22nd day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE