IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:23-cv-700 |
| ) | |
| **CHIMENE VAN GUNDY,** ) | JURY TRIAL DEMANDED |
| **OUTSTANDING REAL ESTATE SOLUTIONS, INC.,** ) | |
| **MICHAEL TROFIMOFF,** ) | |
| **SANTOS KIDD, and** ) | |
| **MARIA TOSTA,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Securities and Exchange Commission (the "Commission") submits this Status Report in connection with the status of service upon Defendant Santos Kidd in accordance with the Court's February 26, 2024 Order requiring an advisory from the Commission every sixty days (Dkt. No. 19) and states as follows.

1. Having reported that all efforts to locate and serve Defendant Kidd in the Philippines had failed (Dkt. Nos. 26, 28), the Commission filed its Motion for Alternative Service on Defendant Kidd. (Dkt. No. 29, as amended by Dkt. No. 30).

2. The Court granted the Commission's Motion for Alternative Service, authorizing the Commission to effect service upon Defendant Kidd through publication in a newspaper of general circulation in the Philippines. (Dkt. No. 32).

3. On March 15, 2025, local counsel in the Philippines informed the Commission that the Philippines Central Authority has granted the Commission's request for service by publication in a newspaper of nationwide circulation. The Commission is awaiting confirmation that publication

has occurred and will continue to update the Court on the status of its efforts to serve Defendant Kidd.

Dated: March 25, 2025                    Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

*/s/Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2025, a copy of foregoing *Plaintiff's Status Report* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Matthew J. Gulde*
                                                Matthew J. Gulde